UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOOSTER FUELS, INC., Plaintiff, v. SHWETA MADASU, Defendant. | Case No.: 26-CV-3498 JLS (GC) **ORDER GRANTING STIPULATION TO FILE FIRST AMENDED ANSWER** (ECF No. 13) |

Presently before the Court is the Parties' Stipulation to File First Amended Answer ("Stip.," ECF No. 13). Defendant states that the proposed amendment is based on new information Defendant could not have obtained with due diligence at the time the original answer was filed. Stip. at 1.

Courts should freely grant leave to amend "when justice so requires." Fed. R. Civ. P. 15(a)(2). "This policy is 'to be applied with extreme liberality.'" *Eminence Cap., LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051 (9th Cir. 2003) (per curiam) (quoting *Owens v. Kaiser Found. Health Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001)). When deciding whether to grant leave to amend, district courts should consider "undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, [and] futility of amendment." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

"Absent prejudice, or a strong showing of any of the remaining *Foman* factors, there exists a *presumption* under Rule 15(a) in favor of granting leave to amend." *Eminence Cap.*, 316 F.3d at 1052.

The proposed First Amended Answer adds more specific admissions and denials regarding Plaintiff's allegations. For example, Defendant admits to downloading certain documents but denies downloading them for an improper purpose. *See* ECF No. 13-1 ¶ 22. The Court finds that the proposed amendments will clarify the disputed facts and aid in the resolution of this matter. Defendant has not previously sought to amend her original Answer. Plaintiff joined the Stipulation, and there is no evidence that any of the remaining *Foman* factors apply.

Good cause appearing, the Court **APPROVES** the Parties' Stipulation (ECF No. 13). Defendant Shweta Madasu **SHALL FILE** her amended answer within five (5) days of the date on which this Order is electronically docketed.

**IT IS SO ORDERED.**

Dated: November 2, 2026

Janis L. Sammartino

Hon. Janis L. Sammartino
United States District Judge